PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

FILED ____ RECEIVED ____
ENTERED ____ SERVED ON ____
AUG 12 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**DOCKET NUMBER** *(Tran. Court)*
0756 1:15CR00198

**DOCKET NUMBER** *(Rec. Court)*
2:24-cr-00181-JCM-DJA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Saul Moran<br>Las Vegas, Nevada 89145 | Nevada | U.S. Probation Office |

FILED 07/26/2024 U.S. DISTRICT COURT SOUTHERN DISTRICT OF INDIANA Roger A.G. Sharpe, Clerk

**NAME OF SENTENCING JUDGE**
Hon. Tanya Walton Pratt, Judge

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 1/05/2024
TO: 1/04/2029

**OFFENSE**
Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine (Mixture).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Familiar ties

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **Indiana**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/31/2024
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF **Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 14, 2024
Effective Date

*[signature] James C. Mahan*
United States District Judge

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Saul Moran

Case No.:  TO BE ASSIGNED

**REQUEST FOR ACCEPTANCE OF JURISDICTION**

August 12, 2024

TO:        UNITED STATED DISTRICT JUDGE

On September 8, 2016, Saul Moran was sentenced by the Honorable District Judge Tanya Walton Pratt. Moran was sentenced to a term of imprisonment of 131 months with five years of supervised release to follow for committing the offense of Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine (Mixture). Supervision commenced on January 5, 2024, in the District of Nevada.

Moran is employed full-time; he is attending drug testing as required through our third-party treatment provider. Moran is residing with his girlfriend and helps care for his ailing mother as well. At this time our office has no major concerns or noted issues of noncompliance.

Moran intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by her signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Tanya Walton Pratt agreed to relinquish jurisdiction of the case. Should you have any questions, please contact the undersigned officer at (702) 236-8732.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2024.08.12 08:31:14 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2024.08.12 08:26:44 -07'00'

Steve M Goldner
Supervisory United States Probation Officer